McDONNELL v. JORDAN. (Circuit Court of Appeals, Fifth Circuit. May 7, 1901.) In Error to the Circuit Court of the United States for the Northern District of Alabama. Lawrence Cooper, for plaintiff in error. R.

W. Walker, for defendant in error. Before PARDEE and McCORMICK, Circuit Judges.

PER CURIAM. The motion to dismiss this writ because, pursuant to the judgment and mandate of the supreme court of the United States, this cause has been remanded to the probate court of Madison county, state of Alabama, as appears from the certified copy filed in this court of the order and judgment of the lower court, made and entered the 20th day of October, 1900 (see McDonnell v. Jordan, 178 U. S. 229, 20 Sup. Ct. 886, 44 L. Ed. 1048), is granted, at the cost of the plaintiff in error.